COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

George Lewis Higgins, III
Attorney at Law
P. O. Box 3370
Pineville LA 71361-3370

## REHEARING ACTION: May 7, 2015

**Docket Number: 15   00406-KW**

**STATE OF LOUISIANA
VERSUS
JONATHAN DESSELLE**

**Writ Application from Avoyelles Parish Case No. 179,793**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett
Hon. Billy Howard Ezell
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Jonathan Desselle** is:

    **REHEARING GRANTED.** The application for rehearing demonstrates
    the writ application was timely filed.

cc: Hon. Charles A. Riddle, III, Counsel for  the Respondent
    Anthony Francis Salario, Counsel for  the Respondent